# **EXHIBIT 1**

# SWORN CERTIFICATION OF PLAINTIFF

**Garry Gill, et al., v. Bluebird Bio, Inc.**

**United States District Court**
**District of Massachusetts**
**Case 1:24-cv-10803**

I, Larry Cattran, certify that:

1. I have reviewed the Amended Class Action Complaint and adopt its allegations.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiffs' counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of the class and will testify at deposition and trial, if necessary.

4. My transactions in the securities at issue during the Class Period set forth in the Complaint are as follows (date, amount invested, type of security):

| # SHARES PURCHASED | DATE OF PURCHASE | PRICE PAID PER SHARE | CLASS OF STOCK |
|---|---|---|---|
| 260 | 7/20/2023 | $3.85 | COMMON |
| 40,000 | 8/24/2023 | $3.56 | COMMON |
| 10,000 | 9/5/2023 | $3.73 | COMMON |
| 19,000 | 9/7/2023 | $3.55 | COMMON |
| 31,000 | 9/29/2023 | $3.07 | COMMON |
| 1,648 | 10/5/2023 | $3.02 | COMMON |
| 5,000 | 10/16/2023 | $2.75 | COMMON |
| 5,000 | 10/16/2023 | $2.75 | COMMON |
| 50,000 | 12/8/2023 | $2.80 | COMMON |

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the Court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_Larry C Cattran_
August 14, 2024
Date                                                Larry Cattran