**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GARRY GILL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUEBIRD BIO, INC., ANDREW OBENSHAIN, CHRISTOPHER KRAWTSCHUK, and RICHARD A. COLVIN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-10803<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ROBERT G. JONES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Robert G. Jones, hereby declare as follows:

1.      I am member of the Bar of the Commonwealth of Massachusetts, and a Partner of the law firm of Ropes & Gray LLP that represents bluebird bio, Inc. ("bluebird"), Andrew Obenshain, Christopher Krawtschuk, and Richard A. Colvin, Defendants in the above-captioned action.

2.      I have personal knowledge of the facts set forth herein.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, filed concurrently herewith.

3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of a chart of challenged statements cited in the Amended Complaint.

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of bluebird's April 24, 2023 press release titled "bluebird bio Submits Biologics License Application (BLA) to FDA for

lovotibeglogene autotemcel (lovo-cel) for Patients with Sickle Cell Disease (SCD) 12 years and Older with a History of Vaso-Occlusive Events."

5.    Attached hereto as Exhibit C is a true and correct copy of bluebird's Form 10-K filed with the United States Securities & Exchange Commission ("SEC") on March 29, 2023.

6.    Attached hereto as Exhibit D is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of bluebird's May 11, 2023 Company Conference Presentation.

7.    Attached hereto as Exhibit E is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of bluebird's Q2 2023 Earnings Call on August 8, 2023.

8.    Attached hereto as Exhibit F is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of bluebird's Q3 2023 Earnings Call on November 7, 2023.

9.    Attached hereto as Exhibit G is a true and correct copy of a letter from the United States Food & Drug Administration ("FDA") to bluebird regarding the approval of the Biologics License Application ("BLA") for lovotibeglogene autotemcel dated December 8, 2023.

10.    Attached hereto as Exhibit H is a true and correct copy of bluebird's December 8, 2023 press release titled "bluebird bio Announces FDA Approval of LYFGENIA™ (lovotibeglogene autotemcel) for Patients Ages 12 and Older with Sickle Cell Disease and a History of Vaso-Occlusive Events."

11.    Attached hereto as Exhibit I is a true and correct copy of bluebird's Form 10-Q filed with the SEC on August 8, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  This declaration was executed on October 11, 2024.

                                        /s/ *Robert G. Jones*
                                        Robert G. Jones

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2024, I caused a copy of the foregoing

document to be served via the CM/ECF system on all counsel of record.


*/s/ Monica Mleczko*
Monica Mleczko

3