# EXHIBIT A

**Challenged Statements Cited in the Amended Complaint**

| Amended Complaint | Language Quoted in the Amended Complaint |
|---|---|
| Am. Compl. ¶ 45 | *April 24, 2023 bluebird Press Release*<br><br>The BLA includes a request for Priority Review, which, if granted, would shorten the FDA's review of the application to six months from the time of filing, versus a standard review timeline of 10 months. If approved, lovo-cel will be bluebird bio's third ex-vivo gene therapy approved by the FDA for a rare genetic disease and its second FDA approval for an inherited hemoglobin disorder, building on more than a decade of leadership in gene therapy.<br><br>"The severity of sickle cell disease, and its impact on patients and caregivers, has been underappreciated and overlooked for far too long. Transformative therapies for this community are long overdue," said Andrew Obenshain, chief executive officer, bluebird bio. "We are pleased to have satisfied the Agency's questions about comparability to enable our BLA submission, and to take this important step toward making lovo-cel available for individuals living with SCD."<br><br>Lovo-cel is the most deeply studied gene therapy in development for sickle celldisease. The BLA submission is based on efficacy results from 36 patients in the HGB-206 Group C cohort with a median 32 months of follow-up and two patients in the HGB-210 study with 18 months of follow-up each. The BLA submission also includes safety data from 50 patients treated across the entire lovo-cel program, including six patients with six or more years of follow-up.<br><br>The FDA previously granted lovo-cel orphan drug designation, fast track designation, regenerative medicine advanced therapy (RMAT) designation, and rare pediatric disease designation for the treatment of SCD. |
| Am. Compl. ¶ 48 | *Bank of America Annual Healthcare Conference May 11, 2023*<br><br><Q: Jason Matthew Gerberry -Bank of America Securities Research Division – Managing Director> Okay, so the big update was obviously lovo-cel and getting the submission in. And maybe it seems like a no-brainer, you'll get priority review, but just your level of confidence that you'll be able to get prior to your review with that.<br><br><A: Andrew Obenshain> Well, certainly, that's always up to the FDA, but we do have all the designations. We have the indication for it. So we do believe that we will get that priority review. |

|  | * * * |
|---|---|
|  | <Q: Jason Matthew Gerberry -Bank of America Securities Research Division – Managing Director> Got it, okay. The regulatory process, I presume there's going to be an AdCom. Any specific elements of the label that you feel like are important one way or another in terms of being market limiting or giving you more latitude to operate in the space.<br><br><A: Andrew Obenshain> So we do anticipate that there will be an AdCom for us with the FDA, but we are prepared for that. In fact, we've done 2 of them successfully in the past. So I think we think we're pretty good at them. So we'd actually welcome that opportunity. In terms of the label, I don't think there's any one particular area that the FDA would focus on overall. I think the -- if we look back at our ZYNTEGLO AdCom, it was the efficacy and safety, which is pretty standard. So I don't think there's any one element that they're going to actually hold in on versus others. |
| Am. Compl. ¶ 50 | ***August 8, 2023 Q2 Earnings Call***<br><br><Q: Luca Issi -RBC Capital Markets, Research Division – Analyst> Just 2 quick one here. Maybe on sickle cell disease. What are your expectations for the label? In particular, do you anticipate that the label will include patients between 12 and 18 years of age? The reason why I'm asking, I believe your competitor does not have patients in that subgroup for the primary efficacy set, at least from the data at EHA. So wondering if it's plausible that you'll get a broader label than your competitor? And if so, what are the implications for the launch?<br><br>And then maybe for the runway, can you just remind me if you do get approved for sickle cell disease, will you receive the PRV? And if so, are you planning to monetize it?<br><br> * * * <br><A: Richard A. Colvin> Yes, we submitted the BLA for the treatment of patients who are between 12 and 18 and over in that matter. We included patients between 12 and 18, both in our study, HGB-206 Group C as well as in study 210. So for that reason, we have patients who are in that age range and have seen the results from those patients. And I'll turn it back over to Chris.<br><br><A: Christopher Krawtschuk> As it relates to the PRV and given Rich's comments, it's possible we could receive a PRV since lovo-cel BLA was accepted for priority review for patients 12 and over. However, as it relates to whether or not we'd monetize it, we of course, would look at the market, evaluate the opportunities in the market and then make a decision based upon what we see there. I don't want to comment today on whether or not -- we monetize it or not until we |

| | |
|---|---|
| | know whether or not we get a fair price for it. And just as a reminder, the PRV is not factored. Any potential PRV is not factored into our cash runway. |
| Am. Compl. ¶¶ 52, 54, 56 | ***November 7, 2023 Q3 Earnings Call***<br><br>Andrew Obenshain: …I'm excited today to update you on bluebird's Q3 results and our preparations for the potential upcoming FDA approval of lovo-cel. This has been a transformative year for the field of gene therapy and for bluebird bio. We validated the commercial model for gene therapy with our ZYNTEGLO and SKYSONA launches. And as a reminder, bluebird occupies a unique strategic position as one of the only standalone commercial gene and cell therapy companies with an extensive platform of gene therapy expertise that will potentially enable growth, profitability, and expansion for years to come. And we are in an incredibly exciting moment for our company, but most importantly for patients as we approach the potential FDA approval of lovo-cel for sickle cell disease in December. . . . We believe the fact that the FDA Advisory Committee wasn't requested for lovocel is a testament to the breadth and the depth of the lovo-cel data significantly more than any other gene therapy program for sickle cell disease. Additionally, this is the third lentiviral vector gene therapy that the FDA has reviewed from bluebird and thus, a technology they are very familiar with. Our lentiviral vector technology is also uniquely traceable, giving us an unrivaled understanding of our therapies and the ability to conduct a rigorous monitoring. We understand it can measure how we modify the cell to monitor effects over time. Last week, we announced that in early December, we will be presenting long-term follow-up data from our ZYNTEGLO and lovo-cel programs at the 65th ASH Annual Meeting with an unparalleled up to 9 years of follow-up in transfusion-dependent beta-thalassemia and 5 years of follow-up in our sickle cell disease program. We continue to progress plans for our anticipated lovo-cel commercial launch in early 2024, following its potential FDA approval. (¶ 52)<br><br> * * * <br>Christopher Krawtschuk: …We remain on track with our full-year 2023 cash burn guidance in the range of $270 million to $300 million and continue to prudently deploy capital to bring our therapies to our patients. Additionally, last week, we announced that we've entered into an advanced agreement to sell a priority review voucher, if granted, for lovocel for sickle cell disease for $103 million. This would be an important source of non-dilutive capital and has the potential to strengthen our financial position ahead of the anticipated launch of lovo-cel. As of September 30, we had $227 million in cash, cash equivalents, restricted cash, and marketable securities, not including the potential proceeds from the PRV sale or the release of our $53 million in restricted cash, we have a cash runway into Q2 of next year. We plan to provide an updated cash runway guidance by early 2024 and continue to explore additional financing opportunities to further extend our cash runway. (¶ 54) |

| | |
|---|---|
| | * * * |
| | <Q: Yanan Zhu -Wells Fargo Securities, LLC Research Division – Analyst> …First, could you talk about whether for the BLA or lovo-cel, whether you're in the labeling discussion stage with the FDA? |
| | <A: Andrew Obenshain> Yes. So on the BLA, we don't comment on ongoing interactions with the agency. So we've submitted for the lovo-cel the treatment of patients with sickle cell disease is 12 and older who have a history of vaso-occlusive events, and we are confident in the robustness and maturity of our BLA package and the review process. |
| | <Q: Luca Issi -RBC Capital Markets, Research Division – Analyst> …And then maybe on safety. Any update on the 2 patients that develop AML in the trial for sickle cell disease? Wondering if you could comment on how they're doing today and maybe bigger picture, whether there is a scenario where you get a label that includes risk of secondary malignancies while your competitor does not? And if that's a scenario, how should we think about implications for the launch? |
| | <A: Thomas J. Klima> Sure. Yes, we're going to run the same process on our price for lovo-cel that we ran with ZYNTEGLO and SKYSONA. Obviously, different dynamics in sickle cell disease. But we'll take it into consideration the clinical benefit, quality of life improvements, cost-savings system, impact to society, just like we do with our other therapies, obviously a one-time potentially curative therapy in a chronic condition. Many are seeing the values recognized by payers as recognized recently by ICER. So clearly, the models are out there. But we won't comment on our competitors' pricing. We don't obviously have any privy to that. We believe that we are leaders in establishing value and setting price for these therapies, and we will continue to price the way that we price. |
| | <u>\<A: Andrew Obenshain></u> ***And then, Luca, just on the safety issues. As a reminder, there have been no cases of insertional oncogenesis with lovo-cel. However, there have been cases of cancer related to the transplant procedure involving lovo-cel. And unfortunately, 2 of those patients in our early clinical trials where we – our procedures were in the earlier phase of Generation 1 procedure since the Group A did develop leukemia and AML, and those 2 patients did pass away. So although they are not -- those 2 patients are not in our efficacy data set, it is likely that we will have a mention of that in the safety events in the label. In what part of the label or where is yet to be determined, but certainly, they will be in there. That's something that we've known for quite a while. Again, I think the really important point is there are no cases of insertional oncogenesis. And so these are cases that were related to the procedure.*** (¶ 56) (emphasis in original) |

| Am. Compl. ¶ 78 | ***December 8, 2023 bluebird Press Release*** |
|---|---|
| | bluebird bio, Inc. (Nasdaq: BLUE) ("bluebird bio" or "bluebird") today announced the U.S. Food and Drug Administration (FDA) has approved LYFGENIA™ (pronounced as 'lif-JEN-ee-uh') (lovotibeglogene autotemcel), also known as lovocel, for the treatment of sickle cell disease in patients ages 12 and older who have a history of vaso-occlusive events (VOEs). LYFGENIA is a one-time gene therapy that has the potential to resolve vaso-occlusive events and is custom-designed to treat the underlying cause of sickle cell disease. |
| | "Bringing LYFGENIA to people living with sickle cell disease is a milestone that bluebird has been working toward for almost a decade—and one that members of the sickle cell disease community have been waiting on for much longer," said Andrew Obenshain, chief executive officer, bluebird bio. "LYFGENIA has the potential to have a transformational impact for patients who currently live under the shadow of unpredictable and debilitating vaso-occlusive events. This approval also marks bluebird's third ex vivo gene therapy approved by the FDA for a rare cementing our position as a gene therapy leader." |
| | "We're enthusiastic at the Sickle Cell Disease Association of America Inc. about the FDA's approval of this therapy, which could change the lives of people and families affected by sickle cell disease," said Regina Hartfield, president and CEO of the Sickle Cell Disease Association of America Inc. "As the national advocacy organization for people with sickle cell, we're strongly supportive of the new potentially curative option for treatment and excited for the future." |
| | "People living with sickle cell disease face potentially devastating health consequences, diminished quality of life, and harmful stigma as a result of their disease," said Julie Kanter, M.D., a LYFGENIA investigator and director of the University of Alabama Birmingham Adult Sickle Cell Clinic and associate professor in the Division of Hematology and Oncology. "Today we can celebrate the availability of a potentially transformative new therapeutic option made possible by the incredible courage of patients and families who participated in clinical studies." |
| | \* \* \* |
| | LYFGENIA was granted Priority Review in June 2023. ***The Company did not receive a Rare Pediatric Disease Priority Review Voucher as part of the review.*** LYFGENIA was previously granted orphan drug designation, fast track designation, regenerative medicine advanced therapy (RMAT) designation, and rare pediatric disease designation. |

| | |
|---|---|
| | **Clinical Data Supporting Approval of LYFGENIA** The FDA approval of LYFGENIA builds on decades of research into lentiviral vector gene addition therapy and the largest clinical development program of any gene therapy for sickle cell disease.<br><br>The label is based on data from patients from the Phase 1/2 HGB-206 study. Safety data supporting the application includes data from 54 patients who initiated stem cell collection. Efficacy for LYFGENIA was supported by data from 36 patients in the Phase 1/2 HGB-206 Group C study following enhancements to the treatment and manufacturing processes made through the course of the clinical development program. 32 patients were evaluable for the endpoints of complete resolution of VOEs and severe VOEs in the 6-18 months post-infusion including 8 adolescent patients. In this cohort:<br><br>• Severe vaso-occlusive events were resolved in 30/32 patients (94%)<br><br>• 28/32 patients (88.2%) experienced no vaso-occlusive events at all<br><br>In the studies, VOEs are defined as episodes of acute pain with no medically determined cause other than a vaso-occlusion, lasting more than two hours and severe enough to require care at a medical facility. This includes acute chest syndrome requiring oxygen treatment and/or blood transfusion, acute hepatic sequestration, acute priapism lasting 2 hours and requiring care at a medical facility and acute splenic sequestration. sVOEs require a 24-hour hospital stay or emergency room visit, or at least two visits to a hospital or emergency room over a 72-hour period, with both visits requiring intravenous treatment; all VOEs of priapism are also considered sVOEs.<br><br>The most common adverse reactions ≥ Grade 3 (incidence ≥ 20%) were stomatitis, thrombocytopenia, neutropenia, febrile neutropenia, anemia, and leukopenia. *As previously reported, three patients died during LYFGENIA clinical trials; one from sudden cardiac death due to underlying disease and two from acute myeloid leukemia who were treated with an earlier version of LYFGENIA using a different manufacturing process and transplant procedure. Please see LYFGENIA Important Safety Information below, including a Boxed Warning for Hematologic Malignancy.*<br><br>*Patients treated with LYFGENIA in bluebird bio-sponsored clinical studies will be monitored for a total of 15 years through a long-term safety and efficacy follow-up study (LTF-307).* (emphasis in original) |
| Am. Compl. ¶ 81 | *December 8, 2023 bluebird Earnings Call*<br><br><Q: Eric William Joseph – JP Morgan Chase & Co, Research Division – Analyst> Congrats for the approval. Do you expect the presence of a box warning to, I guess, have an impression? Or how do you expect physicians to receive the |

presence of a box warning with LYFGENIA relative to Casgevy? Not only physician impressions, but also impressions by QTCs. Did you test for sort of physician market perception around box warning in your market research? Do you expect it to have an impact on sort of pricing negotiations with payers?

<A: Richard A. Colvin> Yes. Thanks, Andrew, and thanks, Eric. And so as we've reported before, hematologic malignancy has occurred in patients who receive LYFGENIA in clinical studies. This is an important risk that all patients must be aware of, counseled on and -- if they're considering getting gene therapy.

One thing to remember, though, that's very important is that there have been no cases of insertional oncogenesis that have been observed and that this risk of this type of malignancy is not unique to LYFGENIA. The AML case that occurred in our studies used a process to manufacture the cells that we no longer use. And we characterize it very carefully in the medical and scientific literature. And we've talked about it with the physician community, the QTC community, and we published it in the New England Journal of Medicine.

In fact, what we've learned from our program have informed not only the development program for LYFGENIA, but the broader gene therapy field, especially in sickle cell disease. ***The potential for a box warning was something we anticipated and it was built into our commercial projections.*** (emphasis in original)