# EXHIBIT D

**S&P Global**
Market Intelligence

# bluebird bio, Inc. NasdaqGS:BLUE

# Company Conference Presentation

## Thursday, May 11, 2023 4:15 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants ........................................................................... 3

Presentation ........................................................................... 4

Question and Answer ........................................................................... 5

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Andrew Obenshain**
*President, CEO & Director*

**Thomas J. Klima**
*Chief Commercial Officer & COO*

**ANALYSTS**

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

We're going to get going here with our next company presenter at the BofA Annual Healthcare Conference. My name is Jason Gerberry. I'm one of the biotech analysts, and I'm pleased to be introducing our next company presenter, bluebird bio. We've got with us Andrew Obenshain, CEO; and Tom Klima, Chief Commercial Officer. So gentlemen, first off, thanks for joining us.

**Andrew Obenshain**
*President, CEO & Director*
Thank you. Thanks for having us.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

So bluebird is a company in effectively developing functional cures, gene therapies for complex and rare diseases. And you're now kind of at a point where you're pivoting from an R&D stage company to a commercial stage company, you've got 2 approved gene therapies, one on the way filed for -- what do you think, your biggest market opportunity in sickle cell. So maybe talk about the initial learnings from the rollouts of your 2 gene therapies for CALD and TDT, and how the progress is going, and then we'll go into more specific questions from there.

**Andrew Obenshain**
*President, CEO & Director*

Great. Thank you. Thanks for having us, Jason. So we are very pleased with the momentum of our launches so far. We have collected cells from 7 patients -- thalassemia patients, 2 adrenoleukodystrophy patients. We've seen actually 3 of those collections happen in the 5-week stub period between our K and our Q. So really continuing to build momentum and very pleased with the adoption so far. And this is important not only because of those launches as well, but also because we're setting the stage for the launch of lovo-cel. So all the QTCs that we're setting up right now, we have 13 set up, and all the payer interactions we're having are setting the stage for a launch of lovo-cel, hopefully, with hearing from the FDA by the end of this year.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Got it. Okay. Maybe it sounds like 2023 is very much a year of execution, setting up QTCs, improving your reach. Can you talk about sort of year 1 of launching gene therapies to the extent that there's sort of of pent-up bolus for people who have been kind of hearing about these therapies, and how that plays into early adoption versus -- or should investors be thinking about these launches as more slow and steady ultimately.

**Andrew Obenshain**
*President, CEO & Director*

Go ahead, Tom.

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes, happy to take that. As Andrew mentioned, we're really excited and pleased with the progress of our launches so far for both ZYNTEGLO and SKYSONA, and really excited about setting the foundation for lovo-cel. We're thinking about the launch in terms of -- the uptake is more linear over time. And part of that is related to our setting up of the QTCs. And if you remember back a few quarters ago, we were hyper-focused on getting our first 5 QTCs or our Wave 1 QTCs or qualified treatment centers on board, and what we're seeing now is that those first 5 have all started treating the patient or more than one patient, and they're looking for additional patients.

And we're now, as Andrew mentioned, up to 13 treatment centers who can treat patients, and we're now seeing them start to initiate their first patient for either ZYNTEGLO or SKYSONA. And then we're actively in 30 additional QTCs right now with late-stage negotiations with contracting everything. So we expect them to be onboard by the end of this year, where we'll have between 40 and 50 QTCs and they'll start to bring patients on. So it's linear, but the momentum is clearly building.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I assume fundamentally different about CALD versus TDT. You do guide to new patient starts for CALD, perhaps a smaller patient population, maybe a little bit tighter network, easier to get a handle on sort of patients coming through the funnel, whereas with TDT, maybe there are a lot more variables in terms of like QTC build out and sort of getting a handle on how the cell collections could evolve over the course of, say, first 9 months of the year, which will be kind of like new starts that could translate to revenue in, say 2023?

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes, I think the biggest difference between CLD and why we feel comfortable with guiding to 5 to 10 patients is, #1, it's a small patient population, as you point out. But #2, it's a rapidly progressing disease. So when these boys are identified, they're progressing rapidly, and they need to get treated as soon as possible. With TDT, there's a little bit more variable we're seeing. These patients are not acute. They're pretty accustomed to dealing with their red blood cell transfusions. And so there's less of an urgency there. So that's a little bit #1, a larger population, but a little bit harder to predict. And what we're seeing is that we're getting them in for their self-collection.

We deliver back the drug product, but they're scheduling the treatment around life events, things like graduations, weddings, things like that. So that's why we're not giving guidance yet. It's too early, and we'd like to see the consistency in a pattern before we give any guidance for TDT.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Yes, okay. And from a process standpoint, you talked about a 70- to 90-day sort of vein-to-vein time effectively. You're going through processes of getting reimbursement collection of cells. Is that a good steady-state number to be thinking about? Is there any kind of variability up down as the -- as you guys kind of get further out into the commercialization of your gene therapies?

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes, I would say for now, the 70 to 90 days is pretty set, right? That's pretty common for that will be the same for all gene therapies at this time. Futuristically, hopefully, we expect to reduce and improve that time. But today, those are the testing and release assays that we agreed to with the FDA, and they just take some time. The manufacturing part of it is actually relatively short, but the testing takes a little bit of time. So that's going to be consistent for a while.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Okay, so the big update was obviously lovo-cel and getting the submission in. And maybe it seems like a no-brainer, you'll get priority review, but just your level of confidence that you'll be able to get prior to your review with that.

**Andrew Obenshain**
*President, CEO & Director*

Well, certainly, that's always up to the FDA, but we do have all the designations. We have the indication for it. So we do believe that we will get that priority review.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Can you just talk a little bit about sickle cell if you're able to kind of lay the foundation in 2023? How important is that for you to kind of hit the ground running if you've got an early 2024 approval, and it will be competitive. There will be potentially another competitor with a gene therapy construct at the market around a similar time presumably.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes. So I think the biggest thing that everyone should understand is that we're actually launching today, as we mentioned, we're out there in our QTCs, qualified treatment centers, we're setting up our network today. We are planning on getting to between 40 and 50 QTCs by the end of this year. So all of the heavy lifting and the work to get a QTC up and running is being done this year. So that means when we get the lovo-cel approval, should we get the lovo-cel approval, we can easily convert those ZYNTEGLO QTCs to lovo-cel QTCs.

So if you think about kind of the linear launch that we have with ZYNTEGLO today, if we can convert our QTCs to all lovo-cel QTCs, you can imagine all 40 or 50 of them potentially looking to be treating lovo-cel patients shortly after launch. So the dynamic between ZYNTEGLO and lovo-cel could be a lot different. And from a competitive standpoint, being at there first and building these relationships and actually treating patients today gives us, I think, a huge competitive advantage. And it's -- historically, I have talked about the market research we've done in the past. The actual experience in being out there doing it today is much more valuable.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Got it, okay. The regulatory process, I presume there's going to be an AdCom. Any specific elements of the label that you feel like are important one way or another in terms of being market limiting or giving you more latitude to operate in the space.

**Andrew Obenshain**
*President, CEO & Director*

So we do anticipate that there will be an AdCom for us with the FDA, but we are prepared for that. In fact, we've done 2 of them successfully in the past. So I think we think we're pretty good at them. So we'd actually welcome that opportunity. In terms of the label, I don't think there's any one particular area that the FDA would focus on overall. I think the -- if we look back at our ZYNTEGLO AdCom, it was the efficacy and safety, which is pretty standard. So I don't think there's any one element that they're going to actually hold in on versus others.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Okay. There's a -- this obviously could be a much more substantial market size. If you can talk a little bit about of the 100,000 patients, right? What -- how you think about drilling down into what really is the TAM? And you have patients who have more moderate-to-severe VOC as a symptom and what proportion of patients ultimately kind of fall within that scope?

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Of the 100,000 patients roughly in the United States with sickle cell disease, we believe that there are about 20,000 who have severe sickle cell disease or sickle cell with the history of VOEs that also would be eligible for gene therapy. And then of those 20,000, we've done a lot of market segmentation and looking at kind of a target patient at launch. I won't get too much into that, but we believe that about 1/3 of the 20,000 are pretty excited for innovative therapy like gene therapy, maybe another 1/3 would require a little education and some experience from that first group of patients that will be treated and then 1/3 of the 20,000 will need some education over time. And that's putting big level of buckets, but we're really excited about the opportunity. Just to add to that anecdotally, as we're talking to our qualified treatment centers today, they're talking about their patients that might be excited for ZYNTEGLO, but they're also talking about patients who have sickle cell disease that have been waiting for a gene therapy.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

BLUEBIRD BIO, INC. COMPANY CONFERENCE PRESENTATION | MAY 11, 2023

The third, right, that you think are most excited in that is there some characteristics that are common, be it maybe a high VOC burden, risk of stroke, sort of things that like would compel a patient to consider something like this versus, say, staying on oral therapies, hydroxyurea, [Oxbryta], those types of agents?

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes. I think it's a couple of things. I think it's a group of patients that are probably between the age of 18 and 35. So they're in a transitional part of their life. They may be moving out from home from under the care of their parents, and really trying to take charge of their life and getting on to the next part of their life, for their school or work or whatever the case might be. But also, they're already probably being seen by somebody who's caring for their sickle cell disease. It's probably not somebody who's not under care, who just ends up in the emergency room once in a while. So we've been active in the sickle cell market now for a decade for over 10 years. So we feel that we understand this market and we understand as we build out our QTCs where we think the patients are going to be most motivated to get treated.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Got it. And then any important sort of follow-up clinical data sets to expect over the course of the year from an investor standpoint and just sort of rounding out the totality of the data sets that you have?

**Andrew Obenshain**
*President, CEO & Director*

So we are continuing the 210 trial, which is currently enrolling. We haven't actually given time lines in terms of publication there for that, but we are always very transparent with our data. So we haven't actually announced any new publications, but there will continue to be a follow-up from our existing cohorts from 206 and for beta thalassemia trials as well and from 210, and we'll kind of get more information over the course of the year when we start to release those.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

And just plans for moving into pediatrics. I think your competitors are running a 211 study and sort of how you're thinking about that?

**Andrew Obenshain**
*President, CEO & Director*

So 210 is a pediatric study as well. So we are enrolling that currently. So we do have that pediatric study ongoing. We were on clinical hold for pediatrics through December of this year, but we've reinitiated enrollment of pediatrics in that 210 study.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Yes. If you were -- if you didn't have the run-in period with beta-thal, is it fair to just assume you'd be kind of a 1-year lag in terms of just kind of building on the QTC network. I'm just trying to quantify what that advantage means versus, say, a competitor that is going to be starting from approval and not having any QTCs online.

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes. So again, I think having the QTCs online and not really having them online, but having them with experience, treating patients with gene therapy is going to be a huge advantage. And if you go back to our market research, going back 5 years now, we've actually shown over time, target product profiles of both our product, lovo-cel and competitive products. And what we've seen over time is the worst that we've seen is a 50-50 split, just because they don't understand all of the data yet. But we've actually also seen in previous years, a huge advantage for lovo-cel, and they're really looking at the length of long-

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

term follow-up that we have versus our competitor. The broader data set, the more robust data set, but also we hear also that the LVV platform and the traceability of the LVV vector is important and something that doctors are at least picking up on. So we feel that, again, the biggest competitive advantage we have is being out there today, but we also think that clinically, lovo-cel brings up things that gets patients and physicians pretty excited.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Yes. Steady state, though, I mean, I think in prior conversations, it sounds like most of the QTCs would offer both. Maybe CAR T is -- maybe the most apt analogy here in terms of offering different complex modalities. But just curious if that's a fair assessment.

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes. We're planning that most QTCs will offer both, I think, most leading academic centers and cutting-edge centers that are treating rare diseases with gene therapies would want to offer both. We have heard anecdotally that there are some that don't want to go through the process twice when they see very little difference in clinical benefit between the 2. So I think you'll see some one-offs that offer only one therapy, but my guess is that most will offer both.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Yes, what's -- if you had to sort of the elevator pitch, what's going to be the pitch? Why use this over [Indiscernible].

**Thomas J. Klima**
*Chief Commercial Officer & COO*

So I think it's going to come down to the breadth and strength of the people that we have out in the field right now. They've been there and done it. We have some of the best cell and gene therapy experience in the field. They have relationships with the QTCs. They will continue to build those relationships through the ZYNTEGLO launch, which is going to really be advantageous for the lovo-cel launch. But again, I think if you look at the clinical profile, if you assume that it's basically the same, it comes down to little things like the long-term follow-up, the EC with lovo-cel, the length of the data, the traceability of LVV platform and then also just our execution, small nimble company able to execute and deliver consistently.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*

Yes. Can you just remind me what you've said historically about sickle pricing? Just how you think about that. I'm mindful that there's a lot between now and that decision. But I think you've said beta-thal pricing, your competitor probably referenced against that. And so it would seem like that's probably a reasonable reference point, but just can you remind us on that front?

**Thomas J. Klima**
*Chief Commercial Officer & COO*

Yes, it's interesting. We're leading the way, obviously, with establishing value in these onetime curative therapies. We went through a rigorous process for both ZYNTEGLO and SKYSONA when we set those prices, we're going through the same process right now with lovo-cel for sickle cell disease. And we'll consider the value that a onetime therapy brings for a wildly underserved patient population and look at many factors. Obviously, the ICER draft report came out recently, and we felt that that's one piece of the puzzle, but at least they're starting to recognize the value of onetime curative therapies, and how they think about value and pricing. So stay tuned on that one. We'll talk more about it, as we get closer to approval.

**Jason Matthew Gerberry**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*BofA Securities, Research Division*

Understood, okay. Well, do have any final parting remarks?

**Andrew Obenshain**
*President, CEO & Director*

No, just we're excited to keep these launches going, prepare for the launch of lovo-cel, and we look forward to updating you with continued progress throughout the course of the year.

**Jason Matthew Gerberry**
*BofA Securities, Research Division*
Alright, best of luck.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.