**UNITED STATES DISTRUCT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GARY GILL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-10803 |
| BLUEBIRD BIO, INC., ANDREW OBENSHAIN, CHRISTOPHER KRAWTSCHUK, and RICHARD A. COLVIN, | ) ) ) ) ) | **Oral Argument Requested** |
| Defendants | ) ) ) ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff submits this response in opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint. [Doc. 32]. In support of his response, Plaintiff respectfully refers the Court to Plaintiff's Memorandum of Law in Support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint filed contemporaneously herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiff wishes to be heard and requests a hearing to assist the Court in its resolution of Defendants' Motion to Dismiss.

Date: December 5, 2024

*/s/ William B. Federman*

William B. Federman*
Jessica A. Wilkes*
*Admitted Pro Hac Vice*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
jaw@federmanlaw.com

*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024. a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

*/s/ William B. Federman*

William B. Federman