UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRY GILL, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BLUEBIRD BIO, INC. ET AL., )<br>Defendants. ) | CIVIL ACTION<br>NO. 24-10803-PBS |

## **ORDER OF DISMISSAL**

SARIS, D.J.

In accordance with the Court's Order dated May 23, 2025, allowing the defendants' motion to dismiss (Docket No. 32), and no motion for leave to amend having been filed with thirty days of entry of that Order, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: July 1, 2025