**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BLUEBIRD BIO, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 1:24-cv-11674-PBS |
| | (Consolidated) |
| This Document Relates To: | |
| ALL ACTIONS | |

**PLAINTIFFS' UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Mantas Šimaitis ("Šimaitis") and James Syracuse ("Syracuse" and together with Šimaitis, "Plaintiffs") hereby voluntarily dismiss the claims in the above-captioned action (the "Action"), without prejudice, as to all Defendants, and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 22, 2025

Respectfully submitted,

**LAW OFFICE OF MICHAEL P. UTKE, LLC**

/s/ Michael P. Utke
Michael P. Utke (BBO No. 687171)
P.O. Box 360
Pepperell, MA 01463
(617) 314-6600
mutke@utkelaw.com

- 2 -

*Liaison Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Eglston
501 Fifth Avenue, 19th Floor
New York, NY 10017
(212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 22, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Michael P. Utke_____

Michael P. Utke